UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MARVIN STEVE MILLS,

    Petitioner,

v.                                                      CIVIL ACTION NO.  5:19-cv-00801

DONNIE AMES,
Superintendent, Mt. Olive Correctional Complex,

    Respondent.


## ORDER

    Pending is Respondent's Motion to Dismiss as Moot Due to Death. [Doc. 39].  This action was previously referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Aboulhosn filed his PF&R on September 15, 2021 [Doc. 40]. Magistrate Judge Aboulhosn recommended that the Court grant Respondent's Motion to Dismiss as Moot Due to Death [Doc. 39] and remove the matter from the Court's docket.

    The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) (emphasis added) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*."). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v.*

*De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982).

Objections in this case were originally due on September 29, 2021. [Doc. 40].  No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 40**], **GRANTS** the Respondent's Motion to Dismiss as Moot Due to Death [**Doc. 39**], and **DISMISSES** the matter.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party herein.

ENTER: October 18, 2021



Frank W. Volk
United States District Judge